PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender:  William Scott Price         Case Number: A-13-CR-464(1) SS

Name of Sentencing Judicial Officer:  Honorable Sam Sparks U.S. District Judge

Date of Original Sentence:  February 10, 2014

Original Offense: Felon in Possession of a Firearm, in violation 18 U.S.C. § 922(g)(1)

Original Sentence: 120 months imprisonment followed by three (3) years of supervised release with special conditions to include: substance abuse and mental health treatment, abstain from alcohol and all other intoxicants, take any prescribed medication, search and seizure and $100 special assessment (satisfied)

Type of Supervision: Supervised Release         Date Supervision Commenced:  April 15, 2022

Assistant U.S. Attorney:  Gregg N. Sofer      Defense Attorney: John N. De La Vina (CJA Appt.)

### PREVIOUS COURT ACTION

On February 26, 2014,  the Judgment and Commitment was amended to include forfeiture.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Non-compliance:** On October 14, 2022, the offender submitted a positive urinalysis for amphetamines.

William Scott Price
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** On October 19, 2022, contact was made with Price to discuss the positive amphetamines result. Price admitted to using the illegal substance on one occasion to deal with the stress of his girlfriend being recently diagnosed with cancer. It is respectfully recommended that no Court action be taken at this time to allow the offender to participate in substance abuse and mental health treatment. This will enable him to continue working on his impulse control and substance abuse issues.

Respectfully submitted,

Bartosz Szatkowski
Sr. United States Probation Officer
Date: 10/24/2022

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: October 25, 2022